UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IDENTITY STRONGHOLD, LLC,

    Plaintiff,

v.                                                          Case No. 8:16-cv-868-T-35AAS

MICHAEL ZEIDNER, et al.,

    Defendant.
_____/

## ORDER

The parties appeared today for a follow-up hearing on Identity Stronghold's motion to compel discovery from Michael Zeidner, Felix Kaplun, and Always Be Secure ("ABS Parties"). For the reasons stated at the hearing, Identity Stronghold's motion to compel (Doc. 154) is **GRANTED in part** and **DENIED in part** as follows:

1. Identity Stronghold's motion to compel with respect to Requests for Production Nos. 3–8, 13, and 16 is granted.

2. Identity Stronghold's motion to compel with respect to Request for Production No. 10 is granted in part. Always Be Secure must produce: "Copies of each version of the ABS website from 2011 to present."

3. Identity Stronghold's motion to compel with respect to Interrogatory Nos. 14–15 and 18 directed to Mr. Kaplun is granted. Also, Identity Stronghold's motion to compel with respect to Interrogatory Nos. 14–15 and 18 directed to Mr. Zeidner is granted. Messrs. Kaplun and Zeidner must provide Identity Stronghold electronic copies of verified, amended interrogatories by **12:00 p.m. on May 22, 2018**.

4. Identity Stronghold's request for an award of attorney's fees and costs incurred as a result of bringing its motion to compel is denied due to the delay in propounding discovery and bringing discovery-related disagreements to the court. However, if discovery disputes continue, each side should be prepared for the court to strictly enforce Rule 37 including awarding attorney's fees and costs.

**ORDERED** in Tampa, Florida on this 15th day of May, 2018.

AMANDA ARNOLD SANSONE
United States Magistrate Judge