UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IDENTITY STRONGHOLD, LLC,

    Plaintiff,

v.                                                         Case No. 8:16-cv-868-T-35AAS

MICHAEL ZEIDNER, et al.,

    Defendant.
_____/

## ORDER

Counsel for the parties appeared for a follow-up hearing to discuss outstanding discovery issues. Identity Stronghold's counsel stated Michael Zeidner, Felix Kaplun, and Always Be Secure (collectively, the "ABS Parties") failed to produce all requested documents. Given the amount of documents requested, Identity Stronghold's counsel believes the ABS Parties' latest production of seventy pages is insufficient. Also, Identity Stronghold might need further discovery concerning the ABS Parties' claims that requested documents are now lost or unavailable. The ABS Parties are amenable to Identity Stronghold's request for a discovery extension because coordinating with Messrs. Kaplun and Zeidner (both primarily located overseas) about available documents and scheduling depositions[1] is difficult.

Diane Rubizhevsky, Fred Natrin, Nancy Lozoff, and ACS Marketing (collectively, the "ACS Parties") produced their documents to Identity Stronghold the day before the follow-up

---

[1] The ABS Parties indicated they were open to conduct depositions remotely via video conference because Messrs. Kaplun and Zeidner are usually overseas. The parties are encouraged to conduct the depositions remotely if physical depositions become impractical in light of the discovery deadline.

1

hearing. Identity Stronghold's counsel needs more time—beyond the current discovery deadline of May 18, 2018—to inspect the documents from the ACS Parties to determine whether Identity Stronghold needs more discovery. The ACS Parties indicated further document productions from the ABS Parties could continue resulting in the ACS Parties producing additional documents—as an example, counsel indicated that the ABS Parties' most recent production prompted the ACS Parties to now search another email account they had not previously searched for responsive documents. As a result, the ACS Parties and Identity Stronghold are in the process of rescheduling this week's depositions and believe that scheduling them in the first week of June is appropriate.[2]

In light of this information as well as other information the parties provided at the follow-up hearing, it is **ORDERED** that:

1. Identity Stronghold's second motion for enlargement of time to disclose its complete expert report (Doc. 157) is **GRANTED as follows**: Identity Stronghold must disclose its complete expert report(s) by **June 15, 2018**; and the ABS Parties must disclose their complete expert report(s) by **July 3, 2018**.
2. The discovery deadline is extended to **July 16, 2018**.
3. The deadline for dispositive motions and *Daubert* motions is extended to **August 6, 2018**.
4. The ACS Parties must produce requested documents to Identity Stronghold by **12:00 p.m. on May 22, 2018**.

---

[2] The court previously held Identity Stronghold can depose the ACS Parties because they are fact witnesses in Identity Stronghold's claims against the ABS Parties. (Doc. 166).

**ORDERED** in Tampa, Florida on this 16th day of May, 2018.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge